# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLIE MICHNIEWICZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| METASOURCE, LLC, d/b/a METASOURCE, | : | NO. 09-2974 |
| Defendant. | : | |
| LORETTA KEOUGH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| METASOURCE, LLC, d/b/a METASOURCE, | : | NO. 09-4743 |
| Defendant. | : | |

## ORDER

AND NOW, on this 19th day of November, 2010, upon careful consideration of Defendant's Motions for Summary Judgment (Michniewicz ECF No. 28; Keough ECF No. 11), the parties' supplemental letter briefing, and oral argument, it is hereby ORDERED that the Motions are DENIED for the reasons in the accompanying Memorandum on Summary Judgment.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-2974 - Michniewicz\Michniewicz Keough -- MSJ order.wpd